IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02853-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

MARCUS ANDREW BURRAGE,

    Applicant,

v.

THERES K. COZZA-RHODES,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant, Marcus Andrew Burrage, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.   set forth below. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the *in forma pauperis* motion is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ____      not submitted
(2)  ____      is missing affidavit
(3)  ____      is missing certified copy of prisoner's trust fund statement
(4)  _X_       is missing certificate showing current balance in prison account

1

(5) \_\_\_ is missing required financial information
(6) \_\_\_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_ is missing an original signature by the prisoner
(8) \_\_\_ is not on proper form
(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_\_ other:

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) \_\_\_ is not on proper form
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos.
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 5, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge